UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 08-50074-AWB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **THIRD MOTION TO CONTINUE** |
| BRUCE L. WARWICK, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant moves for a continuance in the above-captioned case. Docket 19. Defendant seeks this continuance to provide additional time to continue plea negotiations and resolve this matter in lieu of trial. The Government does not oppose this motion. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant in a speedy trial. Based on the foregoing, it is therefore

ORDERED that Defendant's motion is granted. The following deadlines shall apply:

| | |
|---|---|
| Suppression/voluntariness motions | February 24, 2009 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | February 24, 2009 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, shall be held before March 10, 2009 |

| Applications for Writ of Habeas Corpus Ad Testificandum | March 17, 2009 |
|---|---|
| Other motions | March 24, 2009 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | March 24, 2009 |
| Plea agreement or petition to plead and statement of factual basis | March 24, 2009 |
| Notify court of status of case | March 24, 2009 |
| Motions in limine | March 31, 2009 |
| Proposed jury instructions due | March 31, 2009 |
| Jury trial | Tuesday, April 7, 2009, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(8)(A).

A signed waiver of Defendant's speedy trial rights is to be filed by **Wednesday, February 18, 2009.**

All other provisions of the court's standing order remain in effect unless specifically changed herein.

Dated February 3, 2009.

BY THE COURT:

/s/ Andrew W. Bogue

ANDREW W. BOGUE
SENIOR DISTRICT JUDGE